82 A.3d 937

IN THE MATTER OF CLIFFORD L. VAN SYOC, AN ATTORNEY AT LAW (ATTORNEY NO. 012821980).

January 16, 2014.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–397, concluding that **CLIFFORD L. VAN SYOC** of **CHERRY HILL,** who was admitted to the bar of this State in 1980, should be suspended from the practice of law for a period of six months for violating *RPC* 3.2(a)(failing to treat with courtesy and consideration all persons involved in the legal process), *RPC* 8.2(a) (making a statement the lawyer knows to be false or with reckless disregard as to its truth or falsity concerning the qualifications of a judge), and *RPC* 8.4(d) (engaging in conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **CLIFFORD L. VAN SYOC** is suspended from the practice of law for a period of six months and until the

further Order of the Court, effective February 14, 2014, and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.